| | |
|---|---|
| 1 | Robert Rowland |
| 2 | GOLDENBERG, HELLER, ANTOGNOLI & ROWLAND, P.C. |
| 3 | 701 Market Street., Ste 1374<br>St. Louis, MO 63101<br>314.241.6566 |
| 4 | *Attorneys for Plaintiffs,* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** | MDL NO. 1699 |
| | District Judge: Charles R. Breyer |
| This Document Relates To: | |
| *William Stines v. Pfizer Inc., et al.*<br>(3:06-00879 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Ervin L. Meek v. Pfizer Inc, et al.*<br>(3:06-cv-03020 CRB) | |
| *Dale Lewis-Lockett v.Pfizer Inc., et al.*<br>(C:06-3040-CRB) | |
| *Loretta Henke v. Monsanto, et al.*<br>(3:06-cv-03313 CRB) | |
| *Marilyn Mattick v. Monsanto, et al.*<br>(3:06-cv-03314) | |
| *D. Woodrow Van Dancer v.Pfizer Inc., et al.*<br>(C-06-4086-CRB) | |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: December 30, 2009

Robert Rowland
GOLDENBERG, HELLER,
ANTOGNOLI & ROWLAND, P.C.
701 Market St., Ste 1374
St. Louis, MO 63101
314.241.6566
*Attorneys for Plaintiffs.*

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: _____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**